PETER DOELGER, Appellant, v. THE BATTERY PARK NATIONAL BANK, Respond-

ent.— Order affirmed, with ten dollars costs and disbursements. The proposed interrogatories to be served within ten days after entry of order, etc. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.